DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PASCAL LARRIEUX,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2255

[October 31, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin S. Fein, Judge; L.T. Case No. 11-18070CF10A.

Pascal Larrieux, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***